No. 79–753.  HOFFMAN ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 79–754.  JONES *v.* LOUISIANA STATE BAR ASSN.  Sup. Ct. La.  Certiorari denied.

No. 79–757.  CUMMINS ENGINE Co., INC. *v.* CARNEY. C. A. 7th Cir.  Certiorari denied.

No. 79–761.  PACKARD *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–774.  LABRIOLA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–779.  DRYWALL TAPERS & POINTERS OF GREATER NEW YORK, LOCAL 1974, ET AL. *v.* OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–789.  FATICO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–791.  CONSOLIDATED GAS SUPPLY CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 79–792.  HIATT GRAIN & FEED, INC. *v.* BERGLAND, SEC-RETARY OF AGRICULTURE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–793.  HOUSTON LIGHTING & POWER CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir. Certiorari denied.